THUNDERBIRD LANES, INC., PLAINTIFF-PETITIONER, v. BRUNSWICK CORPORATION, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Martin J. Queenan* and *Mr. Harry D. Ambrose, Jr.* for the petitioner.

*Messrs. Richman, Berry & Ferren* for the respondents.

December 14, 1965. Denied.

ERMELINDA DAMATO, PLAINTIFF-RESPONDENT, v. JAMES DAMATO, DEFENDANT-PETITIONER.

*Messrs. Chandless, Weller & Kramer* for the petitioner.

*Mr. Louis Santorf* for the respondent.

December 14, 1965. Denied.